**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: BROILER CHICKEN ANTITRUST LITIGATION | Case No. 1:16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |
| THIS DOCUMENT RELATES TO:<br>Wawa, Inc. v. Tyson Foods, Inc., et al. | Individual Case No. 1:20-cv-05259 |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
**OF CLAIMS BY WAWA, INC.**
**AGAINST DEFENDANT AMICK FARMS, LLC**

Plaintiff Wawa, Inc. ("Plaintiff") and Defendant Amick Farms, LLC ("Amick Farms"), by and through their undersigned counsel, hereby submit the following Stipulated Order of Dismissal With Prejudice.

1.    This Stipulated Order of Dismissal With Prejudice ("Stipulation") is between Plaintiff and Amick Farms.

2.    This Stipulation relates only to Plaintiff's claims in *Wawa, Inc. v. Tyson Foods, Inc., et al.* (N.D. Ill., Case No. 1:20-cv-05259) which has been consolidated within the matter captioned *In re Broiler Chicken Antitrust Litigation,* (N.D. Ill., Case No. 1:16-cv-08637), which is currently pending in the United States District Court for the Northern District of Illinois, and also includes any further amendments thereto and, only to the extent relating to Plaintiff, the Direct Action Purchasers Amended Consolidated Complaint (ECF Nos. 4243 and 4244) and any subsequent Direct Action Purchasers amended consolidated complaints that may be filed, collectively referred to herein as the "Action."

127486851.1

3.    All of the Plaintiff's Claims asserted against Amick Farms in the Action shall be dismissed with prejudice, with each side bearing its own fees and costs.

4.    The Stipulated Order of Dismissal, with prejudice, has no bearing on Plaintiff's claims against all Defendants other than Amick Farms.

SO ORDERED:

_____
United States District Judge

Dated:  10/13/2021

**Stipulated and Agreed to By:**

 /s/ David B. Esau
David B. Esau
Carlton Fields, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070
Fax: (561) 659-7368
desau@carltonfields.com

Dated:  October 13, 2021

*Counsel for Plaintiff*

 /s/ Howard B. Iwrey
Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304
T: 248-203-0700
F: 855-232-1791
hiwrey@dykema.com

Steven H. Gistenson
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
T: 312-627-2267
F: 866-691-5046
sgistenson@dykema.com

Dated: October 13, 2021

*Counsel for Defendant Amick Farms, LLC*

2