UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *IN RE BROILER CHICKEN ANTITRUST LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 18-cv-6693;<br><br>*Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-01283;<br><br>*Restaurants of America, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-4824;<br><br>*Anaheim Wings, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-5229;<br><br>*Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case No. 20-cv-02013;<br><br>*Bob Evans Farms, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05253;<br><br>*Wawa, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05259;<br><br>*The Fresh Market, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05257;<br><br>*Restaurant Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00268;<br><br>*Cajun Operation Company d/b/a Church's Chicken v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00573;<br><br>*Buffalo Wild Wings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00689;<br><br>*Sonic Industries Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00693;<br><br>*CKE Restaurants Holdings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00781; and<br><br>*ARCOP, Inc. v. Tyson Foods, Inc. et al.*, Case No. 22-cv-02121 | Main Case No.: 1:16-cv-08637<br><br>**STIPULATED ORDER DISMISSING CERTAIN TRACK 2 DAPS' CLAIMS WITH PREJUDICE AGAINST GEORGE'S, INC. AND GEORGE'S FARMS, INC.** |

The parties in the above-captioned actions, through their counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

1. This Stipulation is between, on the one hand, Track 2 Direct Action Plaintiffs ARCOP, Inc.; Bob Evans Farms, Inc.; Buffalo Wild Wings, Inc.; Checkers, Drive-In Restaurants, Inc.; Cheney Brothers, Inc.; Cajun Operating Company d/b/a Church's Chicken; CKE Restaurant Holdings, Inc.; Independent Purchasing Cooperative, Inc.; Krispy Krunchy Foods, LLC; Restaurant Services, Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd.; Hooters Management Corporation; Anaheim Wings, LLC; Bonita Plaza Wings, LLC; Costa Mesa Wings, LLC; Downtown Wings, LLC; Gaslamp Wings, LLC; Hollywood Wings, LLC; Mission Valley Wings, LLC; Oceanside Wings, LLC; Ontario Wings, LLC; Rancho Bernardo Wings, LLC; South Gate Wings, LLC; Wings Over Long Beach, LLC; Sonic Industries Services Inc.; The Fresh Market, Inc.; United Supermarkets, LLC; and Wawa, Inc. (collectively, the "United Supermarkets DAPs") and, on the other hand, Defendants George's, Inc. and George's Farms, Inc. (collectively, "George's").

2. This Stipulation relates to *United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 18-cv-6693; *Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-01283; *Restaurants of America, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-4824; *Anaheim Wings, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-5229; *Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case No. 20-cv-02013; *Bob Evans Farms, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05253; *Wawa, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05259; *The Fresh Market, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05257; *Restaurant Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00268; *Cajun Operation Company d/b/a Church's Chicken v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00573; *Buffalo Wild Wings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00689; *Sonic Industries Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00693; *CKE Restaurants Holdings, Inc.*

*v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00781; and *ARCOP, Inc. v. Tyson Foods, Inc. et al.*, Case No. 22-cv-02121 (collectively, the "United Supermarkets Settling DAP Actions").

3.     In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United Supermarkets DAPs and George's stipulate and agree to the dismissal, with prejudice, of the United Supermarkets Settling DAP Actions against George's and claims against George's asserted therein, with each side bearing its own attorneys' fees and costs. This Stipulation of Dismissal, with prejudice, has no bearing on the United Supermarkets DAP's claims against Defendants other than George's.

**SO ORDERED:**

Dated: July 28, 2023

*Thomas M Durkin*
United States District Judge

Dated: 27 July 2023

By: _____
David B. Esau
Carlton Fields, P.A.
525 Okeechobee Blvd
Suite 1200
West Palm Beach, FL 33401
561-650-8015
desau@carltonfields.com
*Counsel for Settling Plaintiffs*

Dated: 7-27-23

By: _____
STINSON LLP
William L. Greene (admitted *pro hac vice*)
50 South Sixth Street, Ste 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
william.greene@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Telephone: (314) 259-4570
nicci.warr@stinson.com

RAINES FELDMAN LLP
John C. Martin (#6225557)
30 N. LaSalle Street, Ste. 3100
Chicago, IL 60602
Telephone: (312) 704-2172
jmartin@raineslaw.com

THE LAW GROUP OF NORTHWEST ARKANSAS LLP
Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
1830 Shelby Lane
Fayetteville, AR 72704
Telephone: (479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Farms, Inc.*