UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 18-cv-06693<br><br>*Hooters of America, LLC v. Tyson Foods, Inc., et al.*, Case No. 19-cv-00390<br><br>*Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-01283<br><br>*Restaurants of America, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-04824<br><br>*Anaheim Wings, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 19-cv-05229<br><br>*Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case No. 20-cv-02013<br><br>*Bob Evans Farms, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05253<br><br>*The Fresh Market, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05257<br><br>*Wawa, Inc. v. Tyson Foods, Inc. et al.*, Case No. 20-cv-05259<br><br>*Restaurant Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00268<br><br>*Cajun Operating Company d/b/a Church's Chicken v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00573<br><br>*Buffalo Wild Wings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00689<br><br>*Sonic Industries Services Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00693 | Case No: 16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

1

> *CKE Restaurants Holdings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 21-cv-00781
>
> *Focus Brands LLC v. Tyson Foods, Inc. et al.*, Casen No. 21-cv-00892
>
> *The Cheesecake Factory Incorporated v. Tyson Foods, Inc. et. al.*, Case No. 21-cv-01207
>
> *Whatabrands LLC et al. v Tyson Foods, Inc. et al.*, Case No. 21-cv-02844
>
> *ARCOP, Inc. v. Tyson Foods, Inc. et al.*, Case No. 22-cv-02121

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE BY CERTAIN DIRECT ACTION PLAINTIFFS OF TYSON DEFENDANTS**

Direct Action Plaintiffs United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros. Inc.; Hooters of America, LLC; Checkers Drive-In Restaurants Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; Hooters Management Corporation; Anaheim Wings, LLC d/b/a Hooters of Anaheim; Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita; Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa; Downtown Wings, LLC previously d/b/a Hooters of Downtown LA; Gaslamp Wings, LLC previously d/b/a Hooters of San Diego; Hollywood Wings, LLC d/b/a Hooters of Hollywood; Mission Valley Wings, LLC d/b/a Hooters of Mission Valley; Oceanside Wings, LLC previously d/b/a Hooters of Oceanside; Ontario Wings, LLC d/b/a Hooters of Ontario; Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos; South Gate Wings, LLC d/b/a Hooters of South Gate; Wings Over Long Beach, LLC d/b/a Hooters of Long Beach; Independent Purchasing Cooperative, Inc.; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun Operating Company d/b/a Church's Chicken; Buffalo Wild Wings, Inc.; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Focus Brands LLC; The Cheesecake Factory Incorporated; Whatabrands LLC; Whataburger

2

Restaurants LLC; and ARCOP, Inc. (collectively, "Certain DAPs") and Defendants Tyson Foods, Inc., Tyson Chicken, Inc., Tyson Breeders, Inc., and Tyson Poultry, Inc., Keystone Foods LLC, Keystone Foods Corporation, Equity Group Eufaula Division, LLC, Equity Group Kentucky Division LLC, and Equity Group – Georgia Division LLC (collectively, "Tyson"), in the above-captioned actions, stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with prejudice:

1. This Stipulation is made and entered into between Certain DAPs and Tyson.

2. This Stipulation relates to the above-captioned actions.

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to the dismissal, with prejudice, of Certain DAPs' actions against Tyson and all claims against Tyson asserted therein, with each party to this Stipulation bearing their own attorneys' fees and costs. The parties also respectfully request that any documents filed under seal remain under seal.

4. This Stipulation has no bearing on Certain DAPs' claims against any Defendant other than Tyson.

DATED: 10 January 2024          By: _____

David B. Esau
Email: desau@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070

*Counsel for Certain DAPs*

DATED: 1/10/2024          By: _____

Rachel J. Adcox (#1001488)
Daniel K. Oakes (pro hac vice)

3

        Michael J. O'Mara (pro hac vice)
        Kenina J. Lee (pro hac vice)
        AXINN, VELTROP & HARKRIDER LLP
        1901 L Street NW
        Washington, DC 20036
        T: 202-912-4700
        radcox@axinn.com
        doakes@axinn.com
        momara@axinn.com
        klee@axinn.com

        Jarod G. Taylor (pro hac vice)
        AXINN, VELTROP & HARKRIDER LLP
        90 State House Square
        Hartford, CT 06103
        T: 860-275-8100
        jtaylor@axinn.com

        Nicholas E.O. Gaglio (pro hac vice)
        Denise L. Plunkett (pro hac vice)
        Kail J. Jethmalani (pro hac vice)
        AXINN, VELTROP & HARKRIDER LLP
        114 West 47th Street
        New York, NY 10036
        T: 212-728-2200
        ngaglio@axinn.com
        dplunkett@axinn.com
        kjethmalani@axinn.com

        *Counsel for Tyson Defendants*

**SO ORDERED:** ___/s/ Thomas M. Durkin___    DATED: January 10, 2024
        United States District Judge

4