# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re Broiler Chicken Antitrust Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*United Supermarkets, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 1:18-cv-06693<br><br>*Checkers Drive-In Restaurants, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:19-cv-01283<br><br>*Restaurants of America, Inc. et al. v. Tyson Foods, Inc. et al.*, Case No. 1:19-cv-04824<br><br>*Anaheim Wings, LLC et al. v. Tyson Foods, Inc. et al.*, Case No. 1:19-cv-05229<br><br>*Independent Purchasing Cooperative, Inc. v. Koch Foods, Inc. et al.*, Case No. 1:20-cv-02013<br><br>*Bob Evans Farms, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:20-cv-05253<br><br>*The Fresh Market, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:20-cv-05257<br><br>*Wawa, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:20-cv-05259<br><br>*Restaurant Services, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:21-cv-00268<br><br>*Cajun Operating Company d/b/a Church's Chicken v. Tyson Foods, Inc. et al.*, Case No. 1:21-cv-00573<br><br>*Buffalo Wild Wings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:21-cv-00689<br><br>*Sonic Industries Services Inc. v. Tyson Foods, Inc. et al.*, Case 1:No. 21-cv-00693<br><br>*CKE Restaurants Holdings, Inc. v. Tyson Foods, Inc. et al.*, Case No. 1:21-cv-00781 | Case No: 16-cv-08637<br><br>Judge Thomas Durkin<br>Magistrate Judge Jeffrey T. Gilbert |

1

138880080.2

*Focus Brands LLC v. Tyson Foods, Inc. et al.*,
Casen No. 1:21-cv-00892

*The Cheesecake Factory Incorporated v. Tyson Foods, Inc. et. al.*, Case No. 1:21-cv-01207

*Whatabrands LLC et al. v Tyson Foods, Inc. et al.*, Case No. 1:21-cv-02844

*ARCOP, Inc. v. Tyson Foods, Inc. et al.*,
Case No. 1:22-cv-02121

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE BY CERTAIN DIRECT ACTION PLAINTIFFS OF HARRISON POULTRY, INC.

Direct Action Plaintiffs United Supermarkets, LLC; Krispy Krunchy Foods, LLC; Cheney Bros., Inc.; Checkers Drive-In Restaurants, Inc.; Restaurants of America, Inc.; LTP Management Group, Inc.; Gibson, Greco & Wood, Ltd; Hooters Management Corporation; Anaheim Wings, LLC d/b/a Hooters of Anaheim; Bonita Plaza Wings, LLC d/b/a Hooters of Plaza Bonita; Costa Mesa Wings, LLC d/b/a Hooters of Costa Mesa; Downtown Wings, LLC previously d/b/a Hooters of Downtown LA; Gaslamp Wings, LLC previously d/b/a Hooters of San Diego; Hollywood Wings, LLC d/b/a Hooters of Hollywood; Mission Valley Wings, LLC d/b/a Hooters of Mission Valley; Oceanside Wings, LLC previously d/b/a Hooters of Oceanside; Ontario Wings, LLC d/b/a Hooters of Ontario; Rancho Bernardo Wings, LLC d/b/a Hooters of San Marcos; South Gate Wings, LLC d/b/a Hooters of South Gate; Wings Over Long Beach, LLC d/b/a Hooters of Long Beach; Independent Purchasing Cooperative, Inc.; Bob Evans Farms, Inc.; The Fresh Market, Inc.; Wawa, Inc.; Restaurant Services, Inc.; Cajun Operating Company d/b/a Church's Chicken; Buffalo Wild Wings, Inc.; Sonic Industries Services Inc.; CKE Restaurants Holdings, Inc.; Focus Brands LLC; The Cheesecake Factory Incorporated; Whatabrands LLC; Whataburger Restaurants LLC; and ARCOP, Inc. (collectively, "Certain DAPs") and Defendant Harrison Poultry, Inc. ("Harrison

2

138880080.2

Poultry"), in the above-captioned actions, stipulate to the following and respectfully request this Court's approval of their Stipulation of Dismissal with prejudice:

1. This Stipulation is made and entered into between Certain DAPs and Harrison Poultry.

2. This Stipulation relates to the above-captioned actions.

3. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate and agree to the dismissal, with prejudice, of Certain DAPs' actions against Harrison Poultry and all claims against Harrison Poultry asserted therein, with each party to this Stipulation bearing their own attorneys' fees and costs.

4. This Stipulation does not apply to Certain DAPs' claims against any Defendant other than Harrison Poultry.

DATED: March 7, 2025

By: _____
David B. Esau
Email: desau@carltonfields.com
CARLTON FIELDS, P.A.
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Tel: (561) 659-7070

*Counsel for Certain DAPs*

DATED: March 7, 2025

By: _____
Patricia Gorham
Email: PatriciaGorham@eversheds-sutherland.com
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree St., Suite 2300
Atlanta, Georgia 30309
Tel: (404) 853-8298

*Counsel for Defendant Harrison Poultry, Inc.*

3

138880080.2

SO ORDERED: *Thomas M Durkin*  DATED: March 7, 2025
United States District Judge

138880080.2